Law Offices of Ali Salamirad, P.C     JS-6
Ali Salamirad, Bar No. 209043
Laurie Svitenko, Bar No. 203289
as@salamiradlaw.com
19200 Von Karman Avenue, Suite 400
Irvine, California  92612
Telephone:  949.477.8068
Facsimile:   949.477.8069

Attorneys for Plaintiff
A-1 SCAFFOLD & SHORING, L.L.C.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| A-1 SCAFFOLD & SHORING, L.L.C., a Kansas limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMPSON PACIFIC CONSTRUCTION, INC., a California corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.  CV08-04036 VBF (FFMx)<br><br>**ORDER AND JUDGMENT** |

    Having considered Plaintiff A-1 Scaffold & Shoring, L.L.C.'s ("A-1") Application For Entry of Default Judgment by Court, and finding GOOD CAUSE THEREFORE, IT IS ORDERED that A-1's Application is hereby granted.  It appearing from the records in the above-entitled action that the Default by Clerk was entered on October 6, 2009 for defendant THOMPSON PACIFIC CONSTRUCTION, INC. ("THOMPSON") and further appearing from the Application for Entry of Default Judgment by Court filed herewith that damages in the amount of One Hundred Seventy-One Thousand Nine Hundred Fifty-Three and

53/100 Dollars ($171,953.53) have been suffered by A-1 as evidenced by the Declaration of Kay Klein concurrently filed and served in support of A-1's Application for Entry of Default Judgment By Court.

NOW THEREFORE, on request of counsel, the Default Judgment in the amount of One Hundred Seventy-One Thousand Nine Hundred Fifty-Three and 53/100 Dollars ($171,953.53) is hereby entered in favor of A-1 and against defendant THOMPSON.

IT IS SO ORDERED.

Dated: November 10, 2009

_____
Honorable Valerie Baker Fairbank

- 2 -

**[PROPOSED] ORDER RE ENTRY OF DEFAULT JUDGMENT BY COURT**

Law Offices of
Ali Salamirad
A professional law
corporation